## THE STATE V. ILL.

Appeal: CRIMINAL CASE: RECORD. This cause being submitted upon what purports to be a transcript of the record, but which is in no manner certified or authenticated, it cannot be considered, and the judgment is affirmed.

*Appeal from Polk District Court.*—HON. JOSIAH GIVEN, Judge.

FILED, OCTOBER 19, 1888.

THE defendant was indicted and convicted for keeping a nuisance, by maintaining a place for the unlawful sale of intoxicating liquors. He now presents the case on appeal to this court.

No appearance for either party.

BECK, J.—The case is presented here without assignment of errors, brief or argument. It is not in a condition to permit its consideration. There is submitted to us what purports to be a transcript of the record of the court below, but it is in no manner certified or authenticated, as required by the statute. It consists of copies of what purport to be papers and proceedings and the judgment in the case. But the papers are neither, collectively nor separately, certified nor authenticated. The decision in the case is affirmed, and *procedendo* will issue requiring the court below to proceed in the enforcement of its judgment.

AFFIRMED.